No. 97–832.  HINES *v.* CALIFORNIA, 522 U. S. 1077.  Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.  Petition for rehearing denied.

MARCH 24, 1998

No. 97–8435 (A–715).  GRIFFIN-EL *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  Certiorari denied.

MARCH 25, 1998

No. 97–8386 (A–703).  WATKINS *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.  Certiorari denied.  JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.